UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ED BANOS,<br><br>        Defendant. | Case No. 22-cv-00972-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a pretrial detainee, filed a pro se civil rights action. Court records indicate that plaintiff already proceeds with a case in this Court concerning the same defendant and claims. *See Johnson v. Banos*, Case No. 21-cv-0673 JD. This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The Court will screen the earlier filed complaint.

For the foregoing reasons, this case is **DISMISSED** as duplicative and the pending motion (Dkt. No. 2) is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 21, 2022

_____
JAMES DONATO
United States District Judge